# UNITED STATES DISTRICT COURT
for the
District of New Mexico

United States of America

v.

Shawn Bradley Witzemann  
*Defendant*

Case No. 21MJ446 SCY

## WAIVER OF PERSONAL PRESENCE AT HEARING

I, __Shawn Bradley Witzemann__, Defendant, understand that I am scheduled for an __Initial__ hearing on __4/7/2021__.
*nature of hearing*  *date*

I understand that I may appear by video for this proceeding. I hereby ask to be permitted to appear for the hearing by video, and waive my right to be personally present for this hearing.

Date: 4/7/21

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

**Alonzo Padilla**
*Printed name of defendant's attorney*

**alonzo_padilla@fd.org**
*Defendant's attorney's e-mail address*