

Thursday, April 8, 2021

To Whom It May Concern:

As a candidate for the U.S. House of Representative for New Mexico's First Congressional District and 2nd Vice-Chairman of the Republican Party of Santa Fe County in New Mexico, my personal experience with Mr. Shawn Bradley Witzemann has been of utmost professionalism.

I first appeared on Mr. Witzemann's internet video podcast during my political campaign in the 2018 election cycle. Mr. Witzemann performs his journalistic work in a professional method consistent with national news outlets. At no time have I seen Mr. Witzemann act in any manner inconsistent with the expectations of a professional journalist who is passionate and eager to expose and report the political events and truth of American politics to the people of our great nation.

In uncertain times where our nation is politically divided and tensions elevated, Mr. Witzemann has served the citizens of New Mexico and our country with an extraordinary service through reporting on the complex and polarized issues that many chose to ignore or report with bias. Mr. Witzemann's contributions to social media and American journalism have been and continues to be fair, balanced, professional, and more necessary than ever before.

Though Mr. Witzemann may not be an anchor at a national news agency, independent journalism continues to be a constitutionally protected right and a time-tested contribution to the foundation, evolution, and sustainability of our nation of which is a first amendment protected right.



It's gravely disheartening to see such unfounded charges sought against an American, husband, father, journalist, and small business owner. Mr. Witzemann has and continues to set an exemplary example for his children and others through exercising his constitutionally protected rights.

Mr. Witzemann is an honest, patriotic man and father with a passion and appointed duty through his self-ambition to educate, inform, and distribute our nation's discourse to the American people through his independent reporting providing an invaluable asset to the development and education of our country.

I pray that this court and prosecution lead by example and continue to protect and defend our great nation by defending Mr. Witzemann's constitutionally-protected rights. Through discovery and trial, I pray that the court determines his innocence and restores Mr. Witzemann's liberties through a complete dismissal with prejudice.

Sincerely,

Brett A. Kokinadis

Former Congressional Candidate for US-NM CD1

2nd Vice-Chair, Republican Party of Santa Fe

Phone: 520.665.1945

Brett@ImagineBrett.com

4266 River Song Lane

Santa Fe, NM 87507