

# United States District Court
## District of New Mexico
### Office of the Clerk
### Pete V. Domenici United States Courthouse

333 Lomas Blvd. N.W. - Suite 270
Albuquerque, New Mexico 87102
(505) 348-2000 - Fax (505) 348-2028

**Mitchell R. Elfers**
Clerk of Court

**Divisional Offices**
106 South Federal Place
Santa Fe, NM 87501
(505) 988-6481
Fax (505) 988-6473

100 North Church Street
Las Cruces, NM 88001
(575) 528-1400
Fax (575) 528-1425

April 14, 2021

US District Court Clerk's Office
**District of Columbia**
**333 Constitution Avenue N.W.**
**Washington D.C. 20001**

    Re:    **USA v. Witzemann**
    Your Case No.  **1:21-mj-00348**
    New Mexico Case No. **21mj446 SCY**

To Whom it May Concern:

    The above numbered case has been ordered removed to your District pursuant to a Commitment Order by this Court. **Shawn Bradley Witzemann** appeared in our district, waived identity, and was committed to your district for further proceedings.

    You may access electronically filed documents in this case at our ECF/PACER web address http://ecf.nmd.uscourts.gov. Any documents not available electronically are enclosed in paper format.

    Please acknowledge receipt of this letter by returning the enclosed copy to this district.

    Sincerely,

    MITCHELL R. ELFERS
    Clerk of Court

    *Elizabeth Hernandez*
    By: **Elizabeth Hernandez**
    Deputy Clerk